Original

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

FILED

2005 NOV -2 PM 1:46

CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO TOLEDO

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE*
*NORTHERN DISTRICT OF OHIO*

Gregory D. Johnson
(Enter above the full name of the plaintiff in this action)

vs.

Robert Putnam
Dorthy Putnam

(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO. 3:05CV7420

JUDGE JUDGE DAVID A. KATZ

**COMPLAINT**

I. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☒

B. If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs ______

Defendants ______

2. Court (if federal court, name the district; if state court, name the county)

______

3. Docket Number ______

4. Name of judge to whom case was assigned ______

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________________________________

6. Approximate date of filing lawsuit______________________

7. Approximate date of disposition______________________

II. **Place of Present Confinement** Lucas County Corr. Center

A. Is there a prisoner grievance procedure in this institution? ~~YES ☐ NO ☐~~ D/A

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

~~YES ☐ NO ☐~~ D/A

C. If your answer is YES,

1. What steps did you take?______________________

______________________________________________

2. What was the result?______________________

______________________________________________

D. If your answer is NO, explain why not______________________

______________________________________________

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?

**YES** ☐ **NO** ☐

F. If your answer is YES,

1. What steps did you take?______________________

______________________________________________

2. What was the result?______________________

______________________________________________

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Gregory D. Johnson

Address 1622 Spielbusch St Tol, OH, 43624

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Robert Putnam is employed as ______ at ______

C. Additional Defendants Dorthy putnam

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

On June 4th 2005 I Gregory D. Johnson had a psychotic episode at 4337 Hill ave. where I previously resided. I began to be dellusional, and to Hellucinate seeing wolves. They began to chase me, and I ended up crashing thru a back glass window of MR, and MRS. Putnam House (The property owners at 226 Dickens Dr Toledo Ohio 43607,) injurying myself cuting my nose, above my Right Eye, my Left hand, and my Left Sheen

(continued)
(Statement of Claim Continued)

(sic) Shin.
Robert and Dorthy Putnam are the property owners, and is infact Liable, For my Injuries, and punitive Damages. Later on OCT 18th 2005. I was found not guilty by reasons of insanity by: Judge Bates in The Lucas county cort of common Pleas of a charge of Burglary, for that incident. Let it be noted! that The Defendants Lied at my court trial Stating that I Did not go thro There glass window but that it was a screen.

**V. Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I would Like the court to find that The Defendant(s) are infact Liable being the property owners for my injurys, and for punitive damages, and award The plaintiff $50000.00 fifthy thousand Dollars, For punitive damages (1) one dollar for nominal damages, and any other damages court Deems appropriate. Plaintiff so does Prays

Signed this 25th day of October, 2005.

**I declare under penalty of perjury that the foregoing is true and correct.**

Oct 25-2005
(Date)

[signature] Prose
(Signature of Plaintiff)